ACCEPTED
01-15-00344-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 5:15:44 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00344-CV

Tr. Ct. No. 1058307

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 5:15:44 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS

**Donald Jefferson,** *appellants*

**v.**

**Roland Jackson and Kim Jackson,** *appellee*

---

## NOTICE OF DESIGNATION OF TIMOTHY A. HOOTMAN AS LEAD COUNSEL ON APPEAL

---

TO THE FIRST COURT OF APPEALS:

Appellant, Donald Jefferson, files this notice of designation of lead counsel pursuant to Rule 6.1(c) of the Texas Rule of Appellate Procedure. Gary E. Patterson and Timothy A. Hootman are attorneys of record for appellant Donald Jefferson.  Mr. Hootman will be lead counsel on appeal.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (fax)
E-mail:  thootman2000@yahoo.com

Gary E. Patterson
SBN 15590830
1010 Lamar, Ste 860
Houston, TX  77002
713.223.3095

1

713.223.2121 (f)

ATTORNEYS FOR PLAINTIFF, DONALD JEFFERSON

## Certificate of Service

I hereby certify that, I have served the forgoing document upon the following attorneys by personal mail, by commercial delivery service, by fax, or by electronic service:

> Roland Jackson
> Kim Jackson
> 3630 Cypressdale
> Spring, TX 77388

Date: May 8, 2015

/s/Timothy A. Hootman
Timothy A. Hootman